```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 43301
   ROSIE L BATTLES
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-7024


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/04/2005 and was confirmed 12/07/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  76.98% from remaining funds.

     The case was dismissed after confirmation 08/06/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
--------------------------------------------------------------------------
WELLS FARGO BANK         CURRENT MORTG         .00           .00          .00
WELLS FARGO BANK         MORTGAGE ARRE     1142.89           .00      1142.89
AMERICAN GENERAL FINANCE SECURED          1919.52        196.37       1919.52
JEFFERSON CAPITAL SYSTEM UNSECURED        2821.22           .00        771.38
CAPITAL ONE              UNSECURED        4454.54           .00       1217.97
CAPITAL ONE              UNSECURED        4391.43           .00       1200.70
CITY OF CHICAGO PARKING  UNSECURED         240.00           .00         57.12
FINGERHUT                UNSECURED      NOT FILED           .00           .00
ECAST SETTLEMENT CORP    UNSECURED        5767.39           .00       1576.92
PLMN/MRCY                UNSECURED      NOT FILED           .00           .00
THE ANSWER               UNSECURED      NOT FILED           .00           .00
LEGAL HELPERS PC         DEBTOR ATTY      950.00                       950.00
TOM VAUGHN               TRUSTEE                                       564.13
DEBTOR REFUND            REFUND                                          9.23

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             9,606.23

PRIORITY                                        .00
SECURED                                    3,062.41
    INTEREST                                 196.37
UNSECURED                                  4,824.09
ADMINISTRATIVE                               950.00
TRUSTEE COMPENSATION                         564.13
DEBTOR REFUND                                  9.23
                   --------------         --------------
TOTALS              9,606.23               9,606.23


                   PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 05 B 43301 ROSIE L BATTLES
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 11/19/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |